■ ANNALIESSE GUERRERO, Respondent, v ILYAS SADIQ et al., Appellants, et al., Defendants. [868 NYS2d 919]—

846

Although the defendants made a prima facie showing that the plaintiff did not sustain a serious injury to her right wrist within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955 [1992]), the affirmations of the plaintiff's treating orthopedist and the orthopedic surgeon who performed surgery on her right wrist were sufficient to raise a triable issue of fact as to whether she had sustained a serious injury to her right wrist that was causally related to the subject accident (*see e.g. Qurashi v Hittin*, 51 AD3d 652 [2008]; *also Kuznetzov v Cuccia*, 8 AD3d 244 [2004]; *Rahman v Brown*, 6 AD3d 518 [2004]). Spolzino, J.P., Santucci, Miller, Dickerson and Eng, JJ., concur.